JOHN W. WALKER et al., as Trustees of School District No. 12 of the Town of Darien, Appellants, *v.* ANDREW J. LATHROP et al., Respondents.

Reported below, 149 App. Div. 935.
(Argued June 3, 1912; decided June 11, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 1, 1912, affirming a judgment in favor of defendants entered upon the report of a referee.

' The motion was made upon the grounds that the question involved was academic; that the exceptions were frivolous and that no question of law was involved.

*Michael L. Coleman* for motion.

*James A. Le Seur* opposed.

Motion denied, with ten dollars costs.